UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME BEARDEN, | Case No. 19-cv-04264-KAW |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | Re: Dkt. No. 9 |
| ALAMEDA COUNTY, | |
| Defendant. | |

On November 20, 2019, Defendant filed a motion to dismiss. Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition was due 14 days after the motion was filed, which was December 4, 2019.

To date, Plaintiff has not filed an opposition or statement of non-opposition. Pursuant to the undersigned's standing order, "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion." (Judge Westmore's General Standing Order ¶ 23.)

Accordingly, Plaintiff is ordered, on or before December 19, 2019, 1) to file an opposition or statement of non-opposition to the pending motion, and 2) to file a response to this order to show cause explaining why the opposition was not timely filed. Should an opposition be filed, Defendant may file a reply on or before January 3, 2020. Failure to file an opposition may result in the Court reassigning this case to a district judge with the recommendation that the case be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: December 10, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge