UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME BEARDEN,<br><br>    Plaintiff,<br><br>v.<br><br>ALAMEDA COUNTY,<br><br>    Defendant. | Case No. 19-cv-04264-KAW<br><br>ORDER TERMINATING MOTION TO DISMISS; DISCHARGING ORDER TO SHOW CAUSE<br><br>Re: Dkt. No. 9 |

On November 20, 2019, Defendant Alameda County filed a motion to dismiss Plaintiff Bearden's initial complaint. (Dkt. No. Re: Dkt. No. 9.) On December 13, 2019, Plaintiffs filed an amended complaint. (Dkt. No. Re: Dkt. No. 15.)

Under Rule 15(a)(1)(B), a party may amend its pleading once as a matter of course within 21 days of being served with a motion under Rule 12(b). The deadline is extended by three days when a party is served by mail. *See* Fed. R. Civ. P. 6(d); *Spengler v. Machado*, CV 17-2078-DOC (SP), 2018 U.S. Dist. LEXIS 228166, at *3-4 (C.D. Cal. Mar. 23, 2018). Because the amended complaint was timely filed, the Court terminates the pending motion to dismiss, as the operative complaint is now the amended complaint.

In light of the amended complaint, the Court DISCHARGES the December 10, 2019 order to show cause.

**IT IS SO ORDERED.**

Dated: December 13, 2019

                                                                  /s/ Kandis Westmore<br>KANDIS A. WESTMORE<br>United States Magistrate Judge