UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME A BEARDEN,<br><br>   Plaintiff,<br><br>  v.<br><br>ALAMEDA COUNTY,<br><br>   Defendant. | Case No. 19-cv-04264-SI<br><br>**JUDGMENT** |

On July 7, 2020, the Court granted defendant's motion for to dismiss with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of defendant and against plaintiff.  The Clerk of Court shall close the file in this matter.

  **IT IS SO ORDERED.**

Dated: July 8, 2020

_____
SUSAN ILLSTON
United States District Judge